**FILED**
CLERK, U.S. DISTRICT COURT

August 17, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHITECTURAL DESIGN CONTRACTORS, INC. a California Corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>BUILDER SERVICES GROUP, INC., a Florida corporation,<br><br>          Defendant. | CASE NO:  5:18-cv-02594 SB (SPx)<br>JUDGE: Stanley Blumenfeld, Jr.<br><br>~~[Proposed]~~ **JUDGMENT ON JURY VERDICT [Redacted]**<br><br>Complaint Filed:  August 14, 2018<br>Removal Filed:   December 13, 2018<br>Trial Date:       July 26, 2021 |

     This action came on regularly for trial on July 27, 2021 at 8:30 a.m., in Courtroom 6C of the United States District Court, the Honorable Judge Stanley Blumenfeld, Jr. presiding; the plaintiff appearing by attorneys Steven C. Smith and Douglas M. Campbell and the defendant appearing by attorney Malcolm D. Schick.

     A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury

was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter returned into court with its verdict as follows:

We answer the questions submitted to us as follows:

**VF-300 Breach of Contract**

1.    Did Architectural Design Contractors, Inc. do all, or substantially all, of the significant things it was required to do under the contract?

         __X__Yes         _____No

         If your answer to question 1 is yes, then answer question 2. If you answered no to question 1, skip questions 2 and 3 and answer question 4.

2.    Did Builder Services Group, Inc. fail to meet the standard of care in the installation of insulation ?

         __X__Yes         _____No

         If your answer to question 2 is yes, then answer question 3. If you answered no to question 2, skip question 3 and answer question 4.

3.    Was Architectural Design Contractors, Inc. harmed by Builder Services Group, Inc.'s breach of contract?

         __X__Yes         _____No

Answer question 4.

## Breach of Warranty

4.    Did Builder Services Group, Inc. make a warranty that its work would be performed in a good and workmanlike manner?

      __X__Yes      _____No

If your answer to question 4 is yes, then answer question 5. If you answered no to question 4, skip questions 5, 6, and 7, and answer question 8.

5.    Was the warranty breached in that Builder Services Group, Inc. failed to perform the word in a good and workmanlike manner?

      __X__Yes      _____No

If your answer to question 5 is yes, then answer question 6. If you answered no to question 5, skip questions 6 and 7 and answer question 8.

6.    Did Architectural Design Contractors, Inc. give Builder Services Group, Inc. timely notice of a warranty claim?

      __X__Yes      _____No

If your answer to question 6 is yes, then answer question 7. If you answered no to question 6 , skip question 7 and answer question 8.

7.    Was Architectural Design Contractors, Inc. harmed by Builder Services Group, Inc.'s breach of warranty?

___X___Yes          _____No

Answer question 8.

### VF-1902 False Promise

8.    Did Architectural Design Contractors, Inc. make a promise to Builder Services Group, Inc.?

___X___Yes          _____No

If your answer to question 8 is yes, then answer question 9. If you answered no to question 8, stop here, answer no further questions, and have the presiding juror sign and date this form.

9.    Did Architectural Design Contractors, Inc. intend to perform this promise when it made it?

___X___Yes          _____No

If your answer to question 9 is no, then answer question 10. If you answered yes to question 9, stop here, answer no further questions, and have the presiding juror sign and date this form.

10.   Did Architectural Design Contractors, Inc. intend that Builders Services Group, Inc. rely on this promise?

    __X__Yes       _____No

If your answer to question 10 is yes, then answer question 11. If you answered no to question 10, stop here, answer no further questions, and have the presiding juror sign and date this form.

11.   Did Builder Services Group, Inc. reasonably rely on this promise?

    __X__Yes       _____No

If your answer to question 11 is yes, then answer question 12. If you answered no to question 11, stop here, answer no further questions, and have the presiding juror sign and date this form.

12.   Did Architectural Design Contractors, Inc. perform the promised act?

    _____Yes       __X__No

If your answer to question 12 is no, then answer question 13. If you answered yes to question 12, stop here, answer no further questions, and have the presiding juror sign and date this form.

5

13.  Was Builder Services Group, Inc.'s Reliance on Architectural Design Contractors, Inc.'s promise a substantial factor in causing harm to Builder Services Group, Inc.?

     __X__Yes       _____No

     If your answer to question 13 is yes, then answer question 14. If you answered no to question 13, stop here, answer no further questions, and have the presiding juror sign and date this form.

14.  Did, by clear and convincing evidence, an agent or employee of Architectural Design Contractors, Inc. engage in the conduct with malice, oppression, or fraud?

     _____Yes       __X__No

     If your answer to question 14 is yes, then answer question 15. If you answered no to question 15, stop here, answer no further questions, and have the presiding juror sign and date this form.

15.  Did, by clear and convincing evidence, one or more officers, directors, or managing agents of Architectural Design Contractors, Inc. know of this conduct and adopt or approve it after it occurred?

     _____Yes       __X__No

     If your answer to question 15 is yes, then answer question 16. If you answered no to question 15, stop here, answer no further questions, and have the presiding juror sign and date this form.

16.  What amount of punitive damages, if any, do you award Builder Services Group, Inc.?

$ 0

Signed:      /s/ juror foreperson
                   Presiding Juror

Dated:       07/29/2021

It appearing by reason of said verdict that plaintiff Architectural Design Contractors, Inc., a California Corporation is entitled to judgment against defendant Builder Services Group, Inc., a Florida corporation, and the parties having stipulated to the amount of damages to be awarded in Document 120 filed on July 26, 2021;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Architectural Design Contractors, Inc., a California Corporation have and recover from defendant Builder Services Group, Inc., a Florida corporation the sum of $172,568.85 with prejudgment interest thereon in the amount of $_____, together with attorney's fees  $_____, and allowed costs and disbursements in the amount of $_____.   Builder Services Group, Inc. takes nothing on its counterclaim.

Dated: August 17, 2021

_____
Stanley Blumenfeld, Jr.
U.S. District Judge